NOTICE TO COUNSEL:

To enable the judges of this court to evaluate possible disqualification or recusal, counsel for any private (non-governmental) business, company, or corporation shall submit at the time of its first appearance, pleading, petition, motion, or response this statement of corporate affiliations, financial interest, and citizenship.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

TREVOR HILLSTROM
_____,

Plaintiff,

v.                                                   Case No. 3:24-cv-00491
                                                              _____

FSST MANAGEMENT SERVICES, LLC, D/B/A 605 LENDING, et al.
_____,

Defendant.
_____

## DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for Benhti Economic Development Corporation
                                        _____,
make the following disclosure:

1.   Is the named party a subsidiary or affiliate of a publicly owned corporation?

     YES ☐  NO ☒

     If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

     _____

2.   Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

     YES ☐  NO ☒

     If the answer is YES, list the identity of such corporations and the nature of the financial interest in the named party:

     _____
     _____
     _____

3.    Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

YES ☐  NO ▣

If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A)  when the action is filed in or removed to federal court, and
   (B)  when any later event occurs that could affect the court's jurisdiction.

Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.

_/s/ Eric M. Lochen, Esq._____        07/22/2024_____
Signature of Counsel                              Date