# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

TREVOR HILLSTROM,

    Plaintiff,

v.

FSST MANAGEMENT SERVICES, LLC,
D/B/A 605 LENDING, et al.,

    Defendants.

Case No. 3:24-cv-00491

## MOTION TO WITHDRAW

COMES NOW, Eric M. Lochen, Esq., of Lochen Law Offices, PLLC, and requests the Court's permission to withdraw as counsel of record for Benhti Economic Development Corporation ("BEDCO"). In support thereof, undersigned counsel states as follows:

1. On July 22, 2024, undersigned counsel appeared of record on behalf of BEDCO by filing BEDCO's notice of joinder and consent to removal. (Dkt. 4).

2. On September 3, 2024, the Court entered an Order admitting Dominic A. Isgro, Esq. *pro hac vice* as counsel for BEDCO. (Dkt. 22).

3. BEDCO consents to the withdrawal of undersigned counsel as counsel of record and will continue to be represented in this cause by Mr. Isgro.

4. Undersigned counsel has conferred with counsel for the plaintiff, who does not oppose this motion.

5. No other party will be prejudiced by withdrawal of undersigned counsel, nor will counsel's withdrawal impact any current case management deadlines.

WHEREFORE, Eric M. Lochen, Esq. and Lochen Law Offices, PLLC respectfully request this Court enter an Order permitting them to withdraw as counsel of record for

BEDCO and granting such other and further relief as the Court determines is just and proper in the premises.

Dated this 19th day of September, 2024.

Respectfully submitted,

*/s/ Eric M. Lochen*
Eric M. Lochen, Esq.
Wisconsin Member ID: 1094919
Lochen Law Offices, PLLC
P.O. Box 174
Hartland, WI 53029
Phone: 218-308-1076
Email: eric@lochenlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all CM/ECF participants.

*/s/ Eric M. Lochen*
Attorney