IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TREVOR HILLSTROM,

    Plaintiff,                               OPINION and ORDER

    v.                                       24-cv-491-wmc

FSST MANAGEMENT SERVICES, LLC, AWL, II, INC.,
AANIIH NAKODA FINANCE, LLC, EAGLE VALLEY
VENTURES, BENHTI ECONOMIC
DEVELOPMENT CORPORATION, W6LS, INC..

    Defendants.
_____

EUGENE CRAIG,

    Plaintiff,                               OPINION and ORDER

    v.                                       24-cv-493-wmc

AWL, II, INC., BENHTI ECONOMIC
DEVELOPMENT CORPORATION and W6LS, INC.

    Defendants.
_____

MICHAEL ERMILIO,

    Plaintiff,                               OPINION and ORDER

    v.                                       24-cv-494-wmc

ASCEND LOANS, LLC, AANIIH NAKODA FINANCE, LLC,
BIG PICTURE LOANS, LLC, BENHTI ECONOMIC
DEVELOPMENT CORPORATION and ROSEBUD LENDING,

    Defendants.
_____

All represented by the same attorney, plaintiffs bring these lawsuits under the Fair Credit Reporting Act against defendants that they concede are immune from such claims under Seventh Circuit precedent. (*See, e.g.,* dkt. #1-1, ¶ 41 in 24-cv-491-wmc (citing *Meyers v. Oneida*

1

*Tribe of Indians of Wisconsin*, 836 F.3d 818, 827 (7th Cir. 2016)). Plaintiffs contend that two recent decisions from the United States Supreme Court abrogate the Seventh Circuit's holding in *Meyers*. (*Id.* ¶ 42 (citing *Lac du Flambeau Band of Lake Superior Chippewa Indians v. Coughlin*, 599 U.S. 382 (2023), and *Dep't of Ag. Rural Dev. Rural Hous. Serv. v. Kirtz*, 601 U.S. 42 (2024)).

This court recently dismissed a case in which the plaintiff, also represented by Attorney Eric Crandall, relied on the same argument that *Meyers* has been abrogated by those decisions from the Supreme Court. *See Schindler v. Great Plains Finance, LLC*, No. 24-cv-328-jdp, 2024 WL 4664279 (W.D. Wis. Nov. 4, 2024). For the reasons explained in this court's decision in *Schindler*, the court will dismiss these cases with prejudice on the ground that each of the defendants is entitled to tribal sovereign immunity.

## ORDER

IT IS ORDERED that:

1) Defendants' motions to dismiss (dkt. #17 in 24-cv-491-wmc; dkt. #22 in 24-cv-493-wmc; dkt. #18 in 24-cv-494-wmc) are GRANTED.

2) These cases are DISMISSED with prejudice on the ground that each of the defendants is entitled to tribal sovereign immunity.

3) The remaining pending motions are DENIED as moot.

4) The clerk of court is directed to enter judgment and close these cases.

Entered this 4th day of December, 2024.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge