IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREVOR HILLSTROM,

              Plaintiff,

v.

FSST MANAGEMENT SERVICES, LLC, AWL, II, INC., AANIIH NAKODA FINANCE, LLC, EAGLE VALLEY VENTURES, BENHTI ECONOMIC DEVELOPMENT CORPORATION, W6LS, INC.,

              Defendants.

ORDER

24-cv-491-wmc

    In his complaint plaintiff Trevor Hillstrom alleged that defendants Fsst Management Services, LLC (doing business as 605 Lending), AWL, II, INC. (doing business as American Web Loan), AANIIH Nakoda Finance, LLC (doing business as Bright Lending), Eagle Valley Ventures (doing business as Eagle Valley Lending), Benhti Economic Development Corporation (doing business as Minto Money), and W6LS, Inc. (doing business as WithU Loans) violated his rights under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").  (Dkt. #1.)  After revieiwng defendants WishU Loan and American Web Loan's motion to dismiss (dkt. #17), the court dismissed the action with prejudice on the grounds that "each of the defednants is entitled to tribal sovereign immunity" (dkt. #44).[1]

    Before the court is plaintiff's motion for reconsideration under Federal Rule of Civil Procedure 59(e).  (Dkt. #46).  Plaintiff argues, and the court agrees, that the court erred when it dismissed claims against defendants 605 Lending and Bright Lending with

---

[1] Prior to dismissal, plaintiff and defendant Eagle Valley Lending reached a settlement. (Dkt. #23.)

prejudice without first considering his motion to amend his complaint that sought to dismiss them without prejudice. Accordingly, plaintiff's motion for reconsideration is GRANTED.

ORDER

IT IS ORDERED that:

1) Plaintiff's motion for reconsideration, dkt. #46, is GRANTED;

2) The clerk's office is directed to amend the judgment, dkt. #45, to reflect that plaintiff's claims against defendants 605 Lending and Bright Lending are dismissed *without* prejudice.

Entered this 24th day of September, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge